# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARIS LAVAR GANTZ, | : | Civil No. 3:18-cv-2418 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| TOM WOLF, | : | |
| Defendant | : | |

FILED SCRANTON
JAN 2 8 2019
PER _____ / DEPUTY CLERK

## ORDER

**AND NOW**, 28th day of January, 2019, upon consideration of Plaintiff's complaint filed pursuant to 42 U.S.C. § 1983 (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 5) to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and is **GRANTED** for the sole purpose of the filing of this action.

2. The complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge